HOYT DRY GOODS CO. v. WILLIAM E. THOMAS.

1. GRANTING NEW TRIAL—ERROR DOES NOT LIE.
    Granting a motion for a new trial is not a final order from which error will lie.
2. REVIEW REQUIRES ALL THE EVIDENCE.
    The circuit court cannot review the holding of the trial court on a motion for a new trial without all the evidence, both on the trial and on the motion.
3. FAILURE TO BRING IT INTO THE RECORD.
    Bringing in the bill of exceptions and the fact that the trial court states in his ruling the ground of his decision does not bring it into the record.
4. RECORD AS PROOF.
    The record is proof of only what the law requires it to contain.

ERROR to the Court of Common Pleas of Cuyahoga county.

CALDWELL, J.

Thomas sued plaintiff in error and judgment was rendered in favor of plaintiff in error. Motion for new trial was granted and plaintiff in error prosecutes error in this court.

Granting a motion for a new trial is not such a final order as will permit prosecution in error. Hauff v. Railway Co., 3 Circ. Dec., 230.

This court cannot review the holding of the trial court on motion for a new trial without all the evidence, both on the trial and on the motion. Bringing in the bill of exceptions and the fact that the trial court states in his ruling the ground of his decision, does not bring it into the record. The record is proof of only what the law requires it to contain.

The judgment is affirmed.

*S. Q. Kerruish,* for plaintiff in error.

*McKinney & Riley,* for defendant in error.

---

APPEAL.

[Hamilton Circuit Court, October Term, 1899.]

Smith, Swing and Giffen, JJ.

BETTS V. SHIELDS ET AL.

APPEAL.—ACTION FOR RECOVERY OF MONEY.
    The answer of an administrator in an action for the recovery of money only, denying that his intestate received the money, does not change the issue and the action is not appealable.

ERROR to the Court of Common Pleas of Hamilton county.

GIFFEN, J.

The motion of plaintiff to dismiss the appeal of the defendant, Wm. Hartley Pugh, administrator, in each of the above cases, is sustained for the reason that the only issue made in the petition as against him is for the recovery of money only; and his answer, which merely denies that his intestate received the money, does not change the issue.

*Wm. Hartley Pugh,* for plaintiff.

*Ellis B. Gregg,* contra.